UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRYAN L. RUPLE

                         Plaintiff,

        vs.                                              9:09-CV-1108

LYNNE BAUSCH, *County Nurse at Otsego County
Jail;* RICHARD DEVLIN, JR., *Sheriff Of Otsego
County*; LAURA CHILD, *Information Officer
for Otsego County Jail,*
                         Defendants.
_____

**APPEARANCES:**                           **OF COUNSEL:**

Bryan L. Ruple
08-B-4050
Wyoming Correctional Facility
P.O. Box 501
Attica, NY 14011
Plaintiff, *Pro Se*

Bailey, Kelleher Law Firm                  Nannette R. Kelleher, Esq.
Pine West Plaza 5
Suite 507
Washington Avenue Extension
Albany, NY 12205
Counsel for Defendants

**Norman A. Mordue, Chief U. S. District Judge**

## ORDER

        The above matter comes to me following a Report-Recommendation by Magistrate Judge

David R. Homer, duly filed on the 21st day of July 2010.  Following fourteen days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

        After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion to dismiss (Dkt. No. 17) is granted and the complaint is

dismissed in its entirety.  The Clerk shall enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  August 11, 2010
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

2